DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MANUEL G. PEREZ,**
Appellant,

v.

**BANK OF NEW YORK MELLON,**
Appellee.

No. 4D2024-2683

[November 5, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Gary M. Farmer, Jr., Judge; L.T. Case No. CACE18-29577.

Manuel G. Perez, Miramar, pro se.

Heather L. Griffiths of Padgett Law Group, Tallahassee, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

KUNTZ, C.J., MAY and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***